Matter of Manchester v Knechtel (2024 NY Slip Op 00552)

Matter of Manchester v Knechtel

2024 NY Slip Op 00552

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND DELCONTE, JJ.

962 CAF 22-01249

[*1]IN THE MATTER OF REBECCA MANCHESTER, PETITIONER-RESPONDENT,
v
AARON P. KNECHTEL, RESPONDENT, AND AMBER DINOFF, RESPONDENT-APPELLANT. SUSAN B. MARRIS, ESQ., ATTORNEY FOR THE CHILD, APPELLANT. (APPEAL NO. 2.) 

THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT.
SUSAN B. MARRIS, MANLIUS, ATTORNEY FOR THE CHILD, APPELLANT PRO SE. 
 

 Appeals from an order of the Family Court, Oswego County (Thomas Benedetto, J.), entered July 8, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted joint custody of the subject child to Rebecca Manchester and Amber Dinoff. 
It is hereby ORDERED that said appeal by the Attorney for the Child is unanimously dismissed, the order is reversed on the law without costs and the petition is dismissed.
Same memorandum as in Matter of Dinoff v Knechtel ([appeal No. 1] — AD3d — [Feb. 2, 2024] [4th Dept 2024]).
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court